**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6806**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

      v.

WILLIAM A. WHITE,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, Senior District Judge.  (7:08-cr-00054-JCT-1)

_____

Submitted:  November 21, 2011      Decided:  December 15, 2011

_____

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William A. White, Appellant Pro Se.  Jessica Dunsay Silver, Linda F. Thome, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's order denying his motion to order his trial attorney to tender discovery from White's criminal prosecution. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. White, No. 7:08-cr-00054-JCT-1 (W.D. Va. June 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED